UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOGAN LYTTLE, on his
own behalf and on behalf of all
similarly situated individuals,

    Plaintiff,

v.                                          Case No.: 8:19-cv-02313-CEH-TGW

TRULIEVE, INC.,
a Florida Profit Corporation, and
PERSONAL SECURITY CONCEPTS, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Logan Lyttle, by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant, Personal Security Concepts, LLC. Plaintiff hereby moves this Court for an entry of an order dismissing this action with prejudice as to Personal Security Concepts, LLC only.

                                      /s/ *Marc R. Edelman*
                                      **MARC R. EDELMAN, ESQ.**
                                      Fla. Bar No. 0096342
                                      **MORGAN & MORGAN, P.A.**
                                      201 N. Franklin Street, Suite 700
                                      Tampa, FL 33602
                                      Telephone 813-223-5505
                                      Fax:  813-257-0572
                                      MEdelman@forthepeople.com
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided via electronic transmission and/or via U.S. Mail on this 18th day of June, 2020, to the following:

Janet Goldberg McEnery, Esq.
Andrew W. Mclaughlin, Esq.
STEARNS WEAVER MILLER, WEISSLER,
ALHADEFF & SITTERSON, P.A.
401 E. Jackson Street, Suite 2100 (33602)
Tampa, Florida 33601
jmcenery@stearnsweaver.com
amclaughlin@stearnsweaver.com
*Counsel for Defendant Trulieve, Inc.*

Glenn Burhans, Jr., Esq.
STEARNS WEAVER MILLER, WEISSLER,
ALHADEFF & SITTERSON, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL  32301
gburhans@stearnsweaver.com
*Counsel for Defendant Trulieve, Inc.*

Judith M. Mercier, Esq.
Suzanne E. Gilbert, Esq.
Kristin N. Royal, Esq.
Holland & Knight, LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
*Counsel for Defendant Personal Security Concepts, LLC*

                                                          **/s/** *Marc R. Edelman*
                                                          **MARC R. EDELMAN, ESQ.**