UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOGAN LYTTLE,

    Plaintiff,

v.          Case No: 8:19-cv-2313-T-36TGW

TRULIEVE, INC. and PERSONAL
SECURITY CONCEPTS, LLC,

    Defendants.
_____/

# ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 52). In accord with Plaintiff's Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) Plaintiff's Notice of Voluntary Dismissal is **APPROVED** (Doc. 52).

2) Plaintiff's claims against Defendant Personal Security Concepts, LLC, only, are dismissed, with prejudice.

3) The Clerk is directed to terminate Defendant Personal Security Concepts, LLC, as a party to this case.

**DONE AND ORDERED** in Tampa, Florida on June 18, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record